FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

JAN 2 5 2023

MITCHELL R. ELFERS
CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | CRIMINAL NO. 23-92 KWR |
| vs. | ) | Count 1: 18 U.S.C. § 242: Deprivation of Rights Under Color of Law; |
| MARQUET JOHNSON, | ) | Count 2: 18 U.S.C. § 924(c)(1)(A)(ii): Using, Carrying, and Brandishing a Firearm During and in Relation to a Crime of Violence, and Possessing and Brandishing a Firearm in Furtherance of Such Crime. |
| Defendant. | ) | |

INDICTMENT

The Grand Jury charges:

Introduction

At all times relevant to this Indictment:

1. The defendant, **MARQUET JOHNSON**, worked as a prisoner transport officer for Inmate Services Corporation ("ISC").

2. Local jails and prisons throughout the United States of America hired ISC to transport individuals who were arrested pursuant to out-of-state warrants.

3. The defendant, **MARQUET JOHNSON**, transported these individuals to the jurisdictions that initially issued the warrants.

4. The defendant, **MARQUET JOHNSON**, by virtue of working as a prisoner transport officer for ISC, was required to act in compliance with federal, state, and local laws, including the United States Constitution.

1

5. T.P. was a female in custody, arrested on an out-of-state warrant, whom the defendant, **MARQUET JOHNSON**, while acting as a prisoner transport officer, transported from Santa Fe, New Mexico to Delta County, Colorado.

6. Paragraphs One through Five are incorporated by reference in the counts below.

### Count One

7. On or about November 4, 2019, in Bernalillo County, in the District of New Mexico, the defendant, **MARQUET JOHNSON**, while acting under color of law, willfully deprived T.P. of her fundamental right to bodily integrity, a right secured and protected by the Constitution and laws of the United States, when he penetrated T.P.'s vulva with his penis without her consent and without a legitimate law enforcement purpose, and the defendant's conduct included the use of a dangerous weapon and aggravated sexual abuse.

In violation of 18 U.S.C. § 242.

### Count Two

8. On or about November 4, 2019, in Bernalillo County, in the District of New Mexico, the defendant, **MARQUET JOHNSON**, knowingly used, carried, and brandished a firearm, during and in relation to a crime of violence for which the defendant may be prosecuted in a court of the United States, to wit: the willful deprivation of T.P.'s right to bodily integrity under color of law, including the use of a dangerous weapon and aggravated sexual abuse, as charged in Count 1 of this indictment, and in furtherance of such crime of violence, possessed and brandished said firearm.

In violation of 18 U.S.C. § 924(c)(1)(A)(ii).

A TRUE BILL:

_____/s/_____
FOREPERSON OF THE GRAND JURY


ALEXANDER M.M. UBALLEZ
United States Attorney

_____
KIMBERLY BRAWLEY
Assistant United States Attorney


KRISTEN M. CLARKE
Assistant Attorney General
Civil Rights Division, U.S. Department of Justice

_____
LAURA B. GILSON
Trial Attorney
Criminal Section, Civil Rights Division

3