IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | CRIMINAL NO. 23-92 KWR |
| ) | |
| vs. ) | |
| ) | |
| MARQUET JOHNSON, ) | |
| ) | |
| Defendant. ) | |

**UNOPPOSED MOTION TO UNSEAL CASE**

The United States of America moves this Court for an order unsealing this case for the following reasons:

1. On January 5, 2023, a federal grand jury returned a two-count indictment charging the Defendant with Deprivation of Rights Under Color of Law, in violation of 18 U.S.C. § 242 (Count 1), and Using, Carrying, and Brandishing a Firearm During and in Relation to a Crime of Violence, and Possessing and Brandishing a Firearm in Furtherance of Such Crime, in violation of 18 U.S.C. § 924(c)(1)(A)(ii) (Count 2).   Doc. 1.

2. On or about January 27, 2023, the Defendant was arrested in the Eastern District of Arkansas.  *See United States v. Johnson,* 4:23-MJ-147 JTK (E.D. Ark.).   Because the Defendant has already been arrested, the case will not be harmed if it is unsealed, and unsealing the case would ensure that both parties receive any documents that are filed with the Court.

3. Jim Loonam, counsel for the Defendant, does not oppose this motion.

WHEREFORE, the United States respectfully requests that this Court unseal the instant case.

Respectfully submitted,

ALEXANDER M.M. UBALLEZ
United States Attorney

*Electronically Signed*
KIMBERLY A. BRAWLEY
Assistant U.S. Attorney
P.O. Box 607
Albuquerque, New Mexico 87102
Phone: (505) 346-7274

I HEREBY CERTIFY that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF electronic filing system which will send notification to all counsel of record.

*Electronically Signed*
KIMBERLY A. BRAWLEY
Assistant U.S. Attorney