IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CRIMINAL NO. 23-92 KWR |
| | ) | |
| **MARQUET JOHNSON,** | ) | |
| | ) | |
| Defendant. | ) | |

## STIPULATED SCHEDULING ORDER

The Court, having issued an Order declaring this case complex and directing the parties to submit a draft amended scheduling order, hereby imposes the following deadlines, without objection from the parties, in this case:

1. June 5, 2023: Completion of discovery by the government, including *Brady* material (except for the government's continuing duty to disclose);

2. September 18, 2023: Government's and Defendant's expert witness notices and reports;

3. October 23, 2023: Completion of reciprocal discovery by the defendant (except for defendant's continuing duty to disclose);

4. October 30, 2023:
   - *Daubert* motions (government and defense);
   - Substantive motions (government and defense);
   - Notices of defenses pursuant to Fed. Crim. P. 12(b)(1)-(3);
   - Fed. Crim. P. 7(f) motions; and
   - Notices of co-conspirator statements (*James*).

5. November 20, 2023:  Responses to
   - *Daubert* motions (government and defense);
   - Substantive motions (government and defense);

1

- Notices of defenses pursuant to Fed. Crim. P. 12(b)(1)-(3);
- Fed. Crim. P. 7(f) motions; and
- Notices of co-conspirator statements (*James*).

6. December 4, 2023: <u>Replies to</u>

    - *Daubert* motions (government and defense);
    - Substantive motions (government and defense);
    - Notices of defenses pursuant to Fed. Crim. P. 12(b)(1)-(3);
    - Fed. Crim. P. 7(f) motions; and
    - Notices of co-conspirator statements (*James*).

7. December 11, 2023: <u>Any necessary hearing on</u>

    - *Daubert* motions (government and defense);
    - Substantive motions (government and defense);
    - Notices of defenses pursuant to Fed. Crim. P. 12(b)(1)-(3);
    - Fed. Crim. P. 7(f) motions; and
    - Notices of co-conspirator statements (*James*).

8. January 8, 2024: Motions *in Limine* and Fed. R. Evid. 404(b), 412, 413 notices (government and defense);

9. January 29, 2024: Responses to Motions *in Limine* and Fed. R. Evid. 404(b), 412, 413 notices (government and defense);

10. February 5, 2024: Replies to Motions *in Limine* and Fed. R. Evid. 404(b), 412, 413 notices (government and defense);

11. February 12, 2024: <u>Any necessary hearing on</u> Motions *in Limine* and Fed. R. Evid. 404(b), 412, 413 notices (government and defense);

12. February 12, 2024: Witness lists, exhibit lists, jury instructions, proposed *voir dire*;

13. February 16, 2024: Jencks Act Disclosure & Government's disclosure of *Giglio* materials;

14. February 26, 2024: Objections to witness lists, exhibit lists, jury instructions, and proposed *voir dire*;

15. Plea agreements, if applicable, shall be entered no later than two weeks preceding the trial date;

16. Pretrial conference is set for March 4, 2024 at 9:00 a.m.; and

17.     Jury selection/trial is set for a date certain of March 11, 2024 at 9:00 a.m.

The Court further orders, pursuant to 18 U.S.C. § 3161(h)(7)(B)(ii), that the time between the entry of this Order and the trial date is excluded for the purposes of the Speedy Trial Act computation.

                                                                  KEA W. RIGGS
                                                                  UNITED STATES DISTRICT JUDGE

Submitted by:

Kimberly Brawley
Assistant United States Attorney
Laura Gilson
US Department of Justice Trial Attorney
Attorneys for the Government

James Loonam
Assistant Federal Public Defender
Attorney for the Defendant